**\*E-Filed 01/24/2011\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SUSAN DE MESA and LUCILO DE MESA,<br><br>              Plaintiffs,<br><br>     v.<br><br>AURORA LOAN SERVICES, LLC; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1-10,<br><br>              Defendants._____/ | No. C 10-04677 RS<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS MODIFIED BY THE COURT** |

On October 18, 2010, plaintiffs Maria Susan De Mesa and Lucilo De Mesa filed a complaint in this Court naming defendants Aurora Loan Services, LLC (Aurora) and Cal-Western Reconveyance Corporation (Cal-Western). On January 6, 2011, plaintiffs and defendant Aurora stipulated to dismissal of Aurora from the action without prejudice. Plaintiffs have not filed a certificate of service demonstrating that defendant Cal-Western has been served with the summons and complaint and it has not made an appearance. Accordingly, the Court considers the parties' stipulation dismissing Aurora as a voluntary dismissal of the case pursuant to Federal Rule of Civil Procedure 41(a)(1). Therefore, the action is dismissed in its entirety without prejudice.

IT IS SO ORDERED.

**United States District Court**
For the Northern District of California

1  Dated: 01/24/2011

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

No. C 10-04677 RS
STIPULATION OF DISMISSAL WITHOUT PREJUDICE

2